# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 21-11186 |
| SHELDON MAYS | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Sheldon Mays (by William Strazza, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 5, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the first request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

  (1) Plea negotiations are anticipated, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary;

(2) The Government intends to provide some pre-indictment discovery and counsel needs time to review the discovery with the Defendant;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 20th day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 5, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 5, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

_____
Tracey Agnew
Assistant U.S. Attorney

_____  9-20-21
William Strazza
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 21-11186 |
| JERMAINE JENNINGS | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Jermaine Jennings (by Laurie Fierro, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 5, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the first request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary;

(2) The Government intends to provide some pre-indictment discovery and counsel needs time to review the discovery with the Defendant;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 20th day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 5, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 5, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

_____
Tracey Agnew
Assistant U.S. Attorney

_____
Laurie Fierro
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 21-11186 |
| DIVINE ABRAHAM | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Divine Abraham (by Michael Koribanics, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 5, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the first request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary;

(2) The Government intends to provide some pre-indictment discovery and counsel needs time to review the discovery with the Defendant;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 20th day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 5, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 5, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

_____
Tracey Agnew
Assistant U.S. Attorney

_____
Michael Koribanics
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 21-11186 |
| | : | |
| JAMIL BOWENS | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Jamil Bowens (by Dennis Carletta, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 5, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the first request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary;

(2) The Government intends to provide some pre-indictment discovery and counsel needs time to review the discovery with the Defendant;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 20th day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 5, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 5, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

_____
Tracey Agnew
Assistant U.S. Attorney

_____
Dennis Carletta
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 21-11186 |
| | : | |
| JAYLEN BOONE | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant JAYLEN BOONE (by Stacy Biancamano, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 5, 2021, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the first request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary;

(2) The Government intends to provide some pre-indictment discovery and counsel needs time to review the discovery with the Defendant;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 20th day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 5, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 5, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

*Tracey Agnew* (signature)
_____
Tracey Agnew
Assistant U.S. Attorney


/s/ Stacy Biancamano
_____
Stacy Biancamano
Counsel for Defendant